SHUTTLESWORTH et al. v. BIRMINGHAM
BOARD OF EDUCATION OF JEFFERSON
COUNTY, ALABAMA.

No. 341.   Decided November 24, 1958.

*James M. Nabrit, Jr.,* for appellants.

*Ormond Somerville, Reid B. Barnes* and *Jos. F. Johnston* for appellee.

Per Curiam.

The motion to affirm is granted and the judgment is affirmed upon the limited grounds on which the District Court rested its decision.   162 F. Supp. 372, 384.